FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/12/2015 3:14:21 PM
PAM ESTES
Clerk

ACCEPTED
12-15-00204-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/12/2015 3:14:21 PM
Pam Estes
CLERK

## DOCKET NO. 12-15-00204
## CAUSE NO. 19320

| | | |
|---|---|---|
| **RUFUS JOHNSON** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **TWELFTH DISTRICT** |
| **STATE OF TEXAS** | § | **CHEROKEE COUNTY, TEXAS** |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes RUFUS JOHNSON, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 2nd Judicial District Court of Cherokee County, Texas.

2. The case below was styled the State of Texas Vs. RUFUS JOHNSON, and numbered 19320.

3. Appellant was convicted of Evading Arrest with a Vehicle (Habitual).

4. Appellant was assessed a sentence of 24 years of confinement in the institutional division, TDCJ on July 15, 2015.

5. Notice of appeal was given on July 20, 2015.

6. The clerk's record was filed on August 18, 2015; the reporter's record was filed on October 14, 2015.

7. The appellate brief is presently due on November 13, 2015.

8. Appellant requests an extension of time of 31 days from the present date, i.e. December 14, 2015.

9. This is the first request for extension to file the brief filed in this cause.

10. Defendant is currently incarcerated.

11. Counsel for Defendant has had an influx of contested cases and Court hearings, coupled with support staff being out of the office for surgery, has not had sufficient time to review the reporter's record and the facts of this case.

12. Counsel requests this extension not for the sole purpose of delay but so that justice may be done.

---

Motion to Extend Time to File Appellant's Brief

13. Counsel has conferred with the prosecuting attorney who has indicated that she does not object to this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

ALLEN W. ROSS
Attorney at Law
142 West 5th Street
Rusk, Texas 75785
903.683.2454 (voice)
903.683.2472 (fax)
allen@arossatty.com

By: _____
ALLEN W. ROSS
State Bar No. 00788324
Attorney for RUFUS JOHNSON

## CERTIFICATE OF SERVICE

This is to certify that on November 12, 2015 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Cherokee County, Texas, by facsimile transmission to 903.683.2309.

_____
ALLEN W. ROSS